IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARNALDO FELIPE RAMOS JUNIOR,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | 4:26-CV-3249<br><br>ORDER |

The plaintiff has filed a motion asking the Court to postpone the effect of an administrative decision, denying his Form I-539 Application to Extend/Change Nonimmigrant Status, pursuant to 5 U.S.C. § 705. Filing 2. Alternatively, the plaintiff seeks a preliminary injunction pursuant to Fed. R. Civ. P. 65. Filing 2.

Those aren't really alternatives. Pursuant to § 705, a reviewing court "may issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights pending conclusion of the review proceedings." But a § 705 stay is a provisional remedy in the nature of a preliminary injunction, and the same standards apply. *See State v. U.S. Env't Prot. Agency*, 989 F.3d 874, 883 (10th Cir. 2021) (collecting cases); *see also, e.g., Am. Fed'n of State, Cnty. & Mun. Emps., AFL-CIO v. Soc. Sec. Admin.*, No. 25-1411, 2025 WL 1249608, at *61 (4th Cir. Apr. 30, 2025); *Immigrant Defs. L. Ctr. v. Noem*, No. 25-2581, 2025 WL 2017247, at *4 (9th Cir. July 18, 2025); *Cook Cnty., Ill. v. Wolf*, 962 F.3d 208, 221 (7th Cir. 2020).

But a preliminary injunction may issue only on notice to the adverse party. Rule 65(a)(1). And here, the record doesn't reveal any efforts by the

plaintiff to serve either his complaint or his motion. Accordingly, the Court will direct the plaintiff's counsel to immediately effect service of process pursuant to Fed. R. Civ. P. 4(c) and (i), and file proof of such service with the Court pursuant to Rule 4(l). Upon proof of service, the Court will require the government to respond to the plaintiff's motion.

> IT IS ORDERED that the plaintiff's counsel shall serve a copy of the complaint, a copy of his motion for preliminary injunction, and a copy of this order on the defendants, and shall file proof of such service on or before September 10, 2026.

Dated this 3rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge